IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 01:17-cr-00292-ELR-AJB-3 |
| | * | |
| ARTURO GONZALEZ-RENTERIA, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**O R D E R**

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge John Alan J. Baverman [Doc. 344], and Defendant's motion [Doc. 374] to adopt his previously filed motions for application to the Second Superseding Indictment. Judge Baverman recommends that Defendant's motion to suppress evidence of Global Positioning System ("GPS") tracking [Doc. 121], and motion to suppress Title III and roving wiretaps [Doc. 122] be denied. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been

filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 344] as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's motions to suppress evidence. [Docs 121, 122.] Additionally, the Court **GRANTS** Defendant's motion [Doc. 374] to adopt his previously filed motions.

**SO ORDERED**, this 29th day of November, 2022.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia