

## Notice of default and demand
## failure to uphold the Constitution

I am here before this Court enacting my "article 6, bill of rights; to stand for this matter with no title (pro-se, or defendant) and no representation (counsel of any nature); hereby decling any and all Counsel of one Bruce S. Harvey and one James Roland Hodes, for their ineffectiveness in assistance of Counsel (1) within this matter; is this not my rights? (see attached article 6, bill of right)

I hereby decline any and all titles forced upon me by the Counsel(s) and this Court, and decline all Court appointed Counsel, and do not wish to be forced to have a Counsel; to be forced to bear the burden of "prose", "defendant", and to have your Counsel; would be a violation and Conspiracy to my rights under "USC 18 § 241," "USC 18 § 242," USC 18 § 2382; is this not true?

I say now, all herein be true and will verify in open Court;

nothing in this "notice of default and demand"
can be construed as any "motion" or anything else
exept, a "notice and default and demand" by this Court;

(1) (see attached)



I reserve all of my rights;
(UCC 1-308) and I do not consent
anything further within this Court
Arturo of the Gonzalez-Renteria family

April 11, 2023

States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

[2] In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

[3] The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

SECTION. 3. [1] Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

[2] The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

### ARTICLE. IV.

SECTION. 1. Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

SECTION. 2. [1] The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

[2] A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

[3] No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.[11]

SECTION. 3. [1] New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

[2] The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

---

[11] This clause has been affected by amendment XIII.

SECTION. 4. The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

### ARTICLE. V.

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

### ARTICLE. VI.

[1] All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

[2] This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

[3] The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

### ARTICLE. VII.

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

DONE in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth  IN WITNESS whereof We have hereunto subscribed our Names,

G⁰. WASHINGTON—*Presid⁺.*
*and deputy from Virginia*

[Signed also by the deputies of twelve States.]
*New Hampshire*
JOHN LANGDON

---

*Handwritten annotations:* Supremacy Clause ✓ — treaties are supreme law of land, and this constitut[ion]. Judges have an oath, they have violated their oaths of office.

NICHOLAS GILMAN

*Massachusetts*

NATHANIEL GORHAM
RUFUS KING

*Connecticut*

W<sup>M</sup>. SAM<sup>L</sup>. JOHNSON
ROGER SHERMAN

*New York*

ALEXANDER HAMILTON

*New Jersey*

WIL: LIVINGSTON
DAVID BREARLEY.
W<sup>M</sup>. PATERSON.
JONA: DAYTON

*Pennsylvania*

B FRANKLIN
THOMAS MIFFLIN
ROB<sup>T</sup> MORRIS
GEO. CLYMER
THO<sup>S</sup>. FITZSIMONS
JARED INGERSOLL
JAMES WILSON.
GOUV MORRIS

*Delaware*

GEO: READ
GUNNING BEDFORD jun
JOHN DICKINSON
RICHARD BASSETT
JACO: BROOM

*Maryland*

JAMES M<sup>C</sup>HENRY
DAN OF S<sup>T</sup> THO<sup>S</sup>. JENIFER
DAN<sup>L</sup> CARROLL.

*Virginia*

JOHN BLAIR—
JAMES MADISON Jr.

*North Carolina*

W<sup>M</sup> BLOUNT
RICH<sup>D</sup>. DOBBS SPAIGHT.
HU WILLIAMSON

*South Carolina*

J. RUTLEDGE
CHARLES COTESWORTH PINCKNEY
CHARLES PINCKNEY
PIERCE BUTLER.

*Georgia*

WILLIAM FEW
ABR BALDWIN

Attest WILLIAM JACKSON *Secretary*

ARTICLES IN ADDITION TO, AND AMENDMENT OF, THE CONSTITUTION OF THE UNITED STATES OF AMERICA, PROPOSED BY CONGRESS, AND RATIFIED BY THE LEGISLATURES OF THE SEVERAL STATES, PURSUANT TO THE FIFTH ARTICLE OF THE ORIGINAL CONSTITUTION [12]

### ARTICLE [I.] [13]

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

### ARTICLE [II.]

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

### ARTICLE [III.]

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

### ARTICLE [IV.]

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### ARTICLE [V.]

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

### ARTICLE [VI.]

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

---

[12] The first ten amendments to the Constitution of the United States (and two others, one of which failed of ratification and the other which later became the 27th amendment) were proposed to the legislatures of the several States by the First Congress on September 25, 1789. The first ten amendments were ratified by the following States, and the notifications of ratification by the Governors thereof were successively communicated by the President to Congress: New Jersey, November 20, 1789; Maryland, December 19, 1789; North Carolina, December 22, 1789; South Carolina, January 19, 1790; New Hampshire, January 25, 1790; Delaware, January 28, 1790; New York, February 24, 1790; Pennsylvania, March 10, 1790; Rhode Island, June 7, 1790; Vermont, November 3, 1791; and Virginia, December 15, 1791.

Ratification was completed on December 15, 1791.

The amendments were subsequently ratified by the legislatures of Massachusetts, March 2, 1939; Georgia, March 18, 1939; and Connecticut, April 19, 1939.

[13] Only the 13th, 14th, 15th, and 16th articles of amendment had numbers assigned to them at the time of ratification.

notice

1:17-CR-00292-ELR-AJB

On the government's recommendation March, 31st 2022, they recognize and accepted the responsibility for the length of the delay, the reason of the delay, and government accepted fault to the defendants right to a speedy trial; The defendant generally must demostrate actual prejudice to succed on his speedy trial claim. Court must asses the prejudice suffered by the defendant in light of these three interest of the defendant, the speedy trial right was intented to protect;

1. To prevent oppressive pretrial incarceration;
2. To minimize anxiety and concern of the accuser;
3. To limit the possibility that the defense will be impaired, which is the most serious because it is the inability to adequately prepare a proper defense, skews the entire system;

United States v. Villarreal 613 F. 3d 1344 (11th Circ, 2010)
    HN6 - HN13

United States v. Uranga, 2016 U.S. Dist Lexis 152429
    HN2 - HN6 - HN7 - HN14

A defendant has no duty to bring himself to trial; government has that duty.

United States v. Pedoto, 2017 U.S. Dist. Lexis 155278
    HN3 - HN5 - HN4 - HN13 - HN14 - HN18 - HN15

I've been incarcerated for 4 years 7 months without presentment of grand jury. Grounds for dismissal, delay in filing - Fed. R. Crim P. 48(b) the Court may dismiss an indictment if unnecessary delay occurs in (3) bringing a defendant to trial.

Arturo Gonzalez Renteria
*Arturo Gonzalez Renteria*

Raoof Rashada
NOTARY PUBLIC
Newton County, GEORGIA
My Commission Expires 10-09-2022

*Raoof Rashada*
4/13/22

DOC-# 2001

March-09-2022

Dear honourable district judge Eleonor L. Ross my name is Arturo Gonzalez Renteria Case # respectfully by this letter I greet you and as my judge and by humanity I ask you honor to help me give proceeding to my case. I have 4 and a half years incarcerated in a pod of 40x40x40 feet of space with another 31 more inmates waiting for the legal process of my case since Sep-13-2017. I submitted a motion for supression of evidence on March-06-2018 I had court for that motion on Sep-20-2020 but I never got answer back from my lawyers or from court on 4 years. I sent a certified letter (ATT. #1) to my lawyers on Sep-09-2021 asking them move forward with my case and to ask for bond once again but I did n4 received any response back from them. I sent another certified letter (ATT. #2) to my lawyers on Dec-01-2021 asking them to submit a motion to dismissal of my case for the violation of my speedy trial right and by failure to prosecute, for unusual and cruel punishment of my incarceracion of 54 months with unjustified proceeding under cite: 2020-12 Moore's federal update 08(2020) my lawyers received my letter on Dec-06-2021 but they submitted a motion on Dec-01-2021 I receive a copy of that motion with out file date (ATT.#3). The honourable magistrate judge mr. Alan J. Baverman made a recomendation and transferred to your honor and my lawyers told me, your honor bay your own decicion returned it to the honourable judge mr Alan J. Baverman so that it would be answered by him. I don't have any document other the motion because on many ocasions by e-mail, and phone I ask to my lawyers to send me

Respectfully Arturo Gonzalez Renteria

[Notary stamp: Raoof Rashada, NOTARY PUBLIC, Newton County, GEORGIA, My Commission Expires 10-09-2022, dated 3/17/22]

those documents and also during 4 years I asking them to send me all the evidence that the government says have against me under Bradys vs. Maryland and I never received anything. I am 57 years old I sufer pain on my legs due to varicouse veins which has gotten worse due concrete floor and limited space to walk for the last 54 months I contracte a bacteria on my skin that has left scars on my body I also Contracte covid 19 twice while incarcerated which left me Cronic fatigue and respiratory allergies I have gotten another bacteria named H. pylori in my stomach which gave me a hernia and ulcers that Cause me a lot pain I have a lot of digestive problems due to stress and anxiety due to this long process of four and a half years and by abuse of discretion of the Court to answer my motion submitted 4 years ago on March-06-2018. my wife due to the stress and axiety change her eating habits and contracted diabetes, my doughther of 6 years old has developed face allergies the doctor say that it's due my absense and witnessing my arrest, my oldest doughther postponed her wedding on multiple occasion waiting whats going to happen with me, my son of 18 years old suspended his enrollment to college waiting on my case too. I lost one of my brothers due to covid 19 on this long process, my uncles, brothers, nephews, my parent's and law of very advanced age are sufering with this long wait, anxious to know what going to happen with me, my family and I respectfully ask your honor for you help to give a justice proceeding to my Case, which we have been damage due to the stress and anxiety for not being able to ~~answer plans~~ for the future in our lifes by this long unjustified of 54 months. For your attention thanx you

Respectfully, Arturo Gonzalez Renteria

Raoof Rashada
NOTARY PUBLIC
Newton County, GEORGIA
My Commission Expires 10-09-2022

Honorable lawyer's Bruce S. Harvey and James Roland Hodes I am writting to you because for the past year I have not see or heard from you. My doughter exchange e-mail with you and she tol told me, you schedule meetings to see me few times and I was expe you, how ever you have not showed up and I believe that you are ver busy, so this is the reason I thinking maybe this is the better wa of Comunication for you.

For the past 3 and half years my doughter by e-mail and I in person when I saw few times during that time, have been asking for items li photographs, recordings from Cameras that the goverments installed in my hous warrants againts me, investigation reports, a list of evidence that goverment took from my house, all transcripts, identity of all the witnesses goverman has, that apply to me and the Case and all any other evidence goverment as, I asked you, my lawyers, why I have not receive this items so far. Respectfully I am asking to submit this petition/motion that is attached to this letter, to the Court/Judge. (attachment #1). Please review and see f you need to add anything else to this petition/motion if neccessery to make stronger or more effective please go head.

fter you submitted the motion on march 6 2018, which still pending for Ho orable Judge Alan J. Baverman, you advised me multiples times to be patient, has been over 3 and half years, I am wondering what is your recommendation ow. On many occassions I asked both of you if I a citizen of united of america s any right under our constitution to have judge to expedite for his/her nswer you told me I have no right and I have to wait for the judge his answer to his/her own diseretion, I am asking again after 3 and alf years I still do not have a right to get an answer?.

has been 4 years from the day of my arrest and my Case still at the same point ave been locked down in this facility, I am in a pot with 40x40x40 feet tth with 31 more inmates, I eat the same food every week for the past

4 years, if I want to make a Coffe or warm my food up I have to u: microwave because there is no other way to heat things up, so I have b exposed to radiation in my food, my drinks and my person because every body here use microwave the same way and microwave all the times is working that for 4 years, due to that and another problems like a H. pylori bacteria I am suffering and have problems in my stomach and developed on me sure pain, ulcer, hernia on top of my belly botton I bee Suffering many digestive problems and I never had a proper treatment attention, it is very hard to get a simple pain pill at this facility, also I am feeling anxiety and I am emotionally stressed and tired because I feel abandoned by you my lawyers, my Judge's and by our legal system, I am suffering cruel, inhumane, unusual punishment over me and my case out of he pledge of allegiance. For these reasons I would like to know or if you would recommend to appeal bond to Circuit Court, I acquire for the past 4 years, work certificates from kitchen, laundry, intake and other programs over the mail, classification sheets, this are the item I asked to submitted with the last bond but was rejected my request, now I would like to be submitted, I want to show to the judge what I did for the past 4 years and that I been productive individual in here, I am attaching all the cer- tificates and other document to this letter and respectfully I asking you o be submitted this time please. (attachment #2). I am attaching to his letter (attachment #3) with granted cases. is good, and if you recommend, can you help me and redact a letter for me human rights organization and to any other institution or person I need to ow all of this things is happening in my case and my person, please let me know. r your attention thank you, respectfully Arturo Gonzalez Renteria.

turo Gonzalez Renteria
09-09-21

Raoof Rashada
NOTARY PUBLIC
Newton County, GEORGIA
My Commission Expires 10-09-2022

9/9/21

June 24 2022

REQUEST FOR BOND MOTION (PROLONGED PRETRIAL DETENTION)
CASE # 1:17-CR-00292

Dear lawyers Bruce S. Harvey an James R. Hodes

Enclosed is a documents for a proposed motion for bond based on due process concerns. I have been in pretrial custody for 5 years and no court has approved excessive pretrial custody of this length.
I request that you file something similar on my behalf.

let me know your thoughts.

Respectfully: Arturo Gonzalez Senteria

Raoof Rashada
NOTARY PUBLIC
Newton County, GEORGIA
My Commission Expires 10-09-2022

Raoof Rashada
6/27/22

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) NO.: 1:17-CR-292-ELR-JKL-3 |
| | ) |
| ARTURO GONZALEZ-RENTERIA, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

**COME NOW**, Bruce S. Harvey and James R. Hodes, and having previously notified Mr. Arturo Gonzalez-Renteria of our intent to withdraw[1] due to irreconcilable breakdowns in communications and our inability to effectively represent him as a result of these ongoing breakdowns in communications;

Hereby, respectfully request this Honorable Court grant this Motion to Withdraw.

This 23rd day of March, 2023.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
Attorney for Defendant

---

[1] Undersigned counsel announced our intent to move to withdraw in open court at Mr. Gonzalez-Renteria's re-arraignment on the Third Superseding Indictment.

1

Bruce S. Harvey, GA Bar No. 335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628


/s/ *James R. Hodes*
JAMES R. HODES
Attorney for Defendant


James R. Hodes, GA Bar No. 884898
P.O. Box 310223
Miami, FL 33231

2

R.A.D.S.F.
Arturo Gonzalez Renteria
71053019
P. O Box 730
Lovejoy Ga 30250

Kevin P. Weimer u.s district court clerk
75 Ted turner dr. N.W. #2211
Atlanta Ga. 30303

CERTIFIED MAIL
7020 0640 0002 3122 8292

Hasler
09/08/2022
US POSTAGE $000.60
ZIP 30250
011E11680118

CLEARED DATE
APR 17 2023
U.S. Marshals Service
Atlanta, GA 30303

quadient
FIRST-CLASS MAIL
IMI
$005.23
04/13/2023 ZIP 30250
043M31242216

US POSTAGE

30303-331861

Robert A.
Correctiona



Robert A. Deyton
Correctional Facility