IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ARTURO GONZALEZ-RENTERIA, <br><br> Defendant. | No.: 1:17-CR-292-3 |

## RENEWED MOTION TO WITHDRAW AND REQUEST TO PRESENT ADDITIONAL INFORMATION EX PARTE

COMES NOW undersigned counsels of record for the Defendant in the above-captioned matter; and respectfully moves this Court to reconsider its Order denying their Motion to Withdraw [Doc. 418]; and, in support thereof, shows as follows:

1. On March 23, 2023, attorneys Bruce S. Harvey and James R. Hodes, filed a Motion to Withdraw as attorneys of record for the above-captioned defendant citing irreconcilable breakdowns in communications and inability to effectively represent him as a result of these ongoing breakdowns in communications. [Doc. 417]

2. On March 27, 2023, this court denied counsel's Motion to Withdraw. [Doc. 418]

1

3. Shortly thereafter undersigned counsel received written notice from the Defendant informing him that he no longer wanted attorneys Harvey and Hodes to represent him in this matter. Subsequently on April 7, 2023, this Court received a pro se notice from Mr. Gonzales-Renteria stating the same. [Doc. 419]

4. Undersigned brings this motion renewing his request to withdraw from further representation of the Defendant in the above-captioned matter.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an Order allowing Bruce S. Harvey and James R. Hodes to withdraw from further representation of the Defendant in the above-captioned matter.

This 19th day of April 2023.

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
Attorney for Defendant
Bruce S. Harvey, GA Bar No. 335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628

/s/ James R. Hodes
JAMES R. HODES
Attorney for Defendant
James R. Hodes, GA Bar No. 884898
P.O. Box 310223
Miami, FL 33231

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARTURO GONZALEZ-RENTERIA,<br><br>Defendant. | No.: 1:17-CR-292-3 |

## **PROPOSED ORDER**

Having read and considered the Defendant's Renewed Motion to Withdraw and Permission to Present Additional Information Ex Parte in this matter, and for good cause shown, the Court HEREBY GRANTS the motion.

SO ORDERED, this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE